IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DION JONES,<br><br>     Plaintiff,<br><br>     v.<br><br>P. A. CUTSHAW<br>HSP, et al.,<br><br>     Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-2021-TWT |

### ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the Defendant Hughes and transferring the case to the Rome Division. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Hughes is DISMISSED. The case is TRANSFERRED to the Rome Division.

SO ORDERED, this 24 day of October, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Jones\13cv2021\r&r.wpd